IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| REBECCA L. INTESO, | ) | CASE NO. 1:14-CV-00903 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN BURKE |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On October 10, 2014, the parties filed a Joint Stipulation for Remand under Sentence Four of 42 U.S.C. § 405(g) wherein they request that the Court enter judgment in favor of Plaintiff and remand the case for further proceedings. Doc. 17 ("Joint Stipulation"). The parties stipulate that:

> Upon remand, the agency will afford Plaintiff the opportunity for a new hearing before an ALJ, where Plaintiff may testify and present additional arguments and evidence. The ALJ will further evaluate the claimant's residual functional capacity (RFC) based on the evidence of record, including evidence from 2008 through the date of the ALJ's decision. The ALJ will further evaluate the opinion of the treating cardiologist, Dr. Grinblatt. The ALJ will, if necessary, obtain supplemental evidence from a vocational expert to clarify the claimant's past relevant work. The ALJ will also consider whether the vocational expert's testimony is consistent with the information contained in the *Dictionary of Occupational Titles* (DOT), pursuant to Social Security Ruling (SSR) 00-4p. The ALJ will proceed through the sequential evaluation process as needed to reach a *de novo* decision.

Doc. 17.

Upon consideration of the parties' Joint Stipulation, the Court hereby reverses and remands this matter for further proceedings consistent with the parties' Joint Stipulation.

Dated: October 10, 2014

_____
Kathleen B. Burke
United States Magistrate Judge